UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ROSHARD AAMON COLE                                                                        PETITIONER

V.                                                        CIVIL ACTION NO. 3:22-CV-427-DPJ-FKB

BILLY SOLLIE                                                                               RESPONDENT

ORDER

On July 12, 2023, United States Magistrate Judge F. Keith Ball entered a Report and Recommendation [14] recommending this 28 U.S.C. § 2241 habeas petition be dismissed for failure to exhaust and because the relief Cole seeks is not available.  Cole did not file an objection to the R&R, and the time to do so has now passed.  Finding no clear error in Judge Ball's R&R, the Court adopts it as its opinion.  *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").  This case is dismissed.  A separate final judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 28th day of July, 2023.

                                                      s/ *Daniel P. Jordan III*
                                                      CHIEF UNITED STATES DISTRICT JUDGE